UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN REALI,<br><br>  Plaintiff,<br><br> v.<br><br>FOREST RIVER, INC.,<br><br>  Defendants. | Case No.: 2:23-cv-02522-TLN-CKD<br><br>**ORDER ON JOINT MOTION OF ALL PARTIES TO TRANSFER VENUE TO FEDERAL COURT FOR THE NORTHERN DISTRICT OF INDIANA IN SOUTH BEND, INDIANA**<br><br>Complaint Filed: 11/01/23<br>Trial Date:     Not Yet Set |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA, ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Parties' Joint Motion to Transfer Venue to Federal Court for the Northern District of Indiana in South Bend, Indiana pursuant to 28 U.S.C. § 1404(a) was presented to the Court on September 26, 2024, the Honorable Troy L. Nunley, presiding.

Upon review of the record and all briefing filed by all parties, the Court rules as follows:

IT IS HEREBY ORDERED THAT:

1. Based on the provisions in the express warranty issued by Defendant Forest River, Inc. that accompanied the sale of the subject recreational vehicle to

Plaintiff, which provides that "Exclusive jurisdiction for deciding legal disputes relating to this limited warranty, an alleged breach of warranty, breach of implied warranties, or representations of any kind must be filed in the courts within the state of Indiana", this lawsuit should be transferred to the United States Federal Court for the Northern District of Indiana in South Bend, Indiana; and

2. Pursuant to the Stipulation between the Parties, California substantive law, namely, California Song-Beverly Consumer Warranty Act (California *Civil Code* § 1790, *et seq.*), shall continue to apply to all claims before the Court in Indiana.

**IT IS SO ORDERED.**

Dated: September 27, 2024

_____
Troy L. Nunley
Chief United States District Judge